

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| The Estate of Leah Rita Tillotson, Deceased | Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. 18359). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment. |
| No. 06-21-00073-CV | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the denial of Thomas's bill of review and the amended turnover order and remand the case to the trial court for further proceedings necessary to the administration of Leah's estate.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MAY 5, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk